912

No. 346. BETO, CORRECTIONS DIRECTOR *v.* GALLOWAY. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮

No. 5321. HOWARD *v.* SIGLER, WARDEN. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 5377. KAMSLER *v.* BELLOWS, BELLOWS & MAGIDSON. C. A. 7th Cir. Motion to strike brief for respondent and certiorari denied.

No. 5610. HILL *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.

No. 2053, Misc., October Term, 1969. BOWMAN *v.* UNITED STATES, 398 U. S. 967. Motion for leave to file petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

NOVEMBER 13, 1970

No. 87. UNITED STATES *v.* DISTRICT COURT IN AND FOR THE COUNTY OF EAGLE ET AL.; and

No. 812. UNITED STATES *v.* DISTRICT COURT IN AND FOR WATER DIVISION No. 5 ET AL. Sup. Ct. Colo. Application of the Solicitor General, consented to by all parties concerned, for stay of Colorado state court proceedings before the District Court in and for Water Division No. 5, presented to MR. JUSTICE WHITE, and by him referred to the Court, granted insofar as such proceedings involve an adjudication of the rights of the United States, pending decision of this Court in No. 87 [certiorari granted, 397 U. S. 1005] and in No. 812 presently pending on petition for writ of certiorari.